UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cr-00164-TWP-MJD |
| | ) | |
| JERROD EMMERT, | ) | -01 |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On May 22, 2026, the Magistrate Judge submitted his Report and Recommendation regarding the United States Probation Office's Petition for Summons/Violation of Supervised Release (Filing No. 88). The parties waived the fourteen-day period to object to the Report and Recommendation. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

IT IS SO ORDERED.

Date:   5/26/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Meredith Wood
DOJ-USAO
135 N. Pennsylvania Street
Suite 2100
Indianapolis, IN 46204

Electronic notice to USPO
Electronic notice to USM-C